1. EVANS JOHN AREK (Full Name)
2. evansarek@gmail.com (Email Address)
3. 517 W. STRUCK (Address Line 1)
4. AVENUE (Address Line 2)
5. ORANGE CA 92867 (Phone Number)
6. Plaintiff in Pro Per

FILED
2023 JUN 23 PM 4:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SACV23-1157-JLS(MAR)

EVANS JOHN AREK

Plaintiff,

vs.

CITY OF YORBA LINDA PUBLIC LIBRARY YORBA LINDA

Defendant(s).

Case No.: _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

Jury Trial Demanded: ☒ Yes ☐ No

(All paragraphs and pages must be numbered.)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because YES THE DEFENDENT IS DOMICILED IN THE CITY OF YORBA LINDA, ORANGE COUNTY, CENTRAL DISTRICT OF CALIFORNIA

## III. PARTIES

3. Plaintiff EVANS JOHN E. O. AREV *(your full name)* resides at: ORANGE COUNTY

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant CITY COUNCIL OF YORBA LINDA *(full name of Defendant)* works at 4845 CASA LOMA AVE. YORBA LINDA, CA, 92886 *(Defendant's place of work)*

Defendant's title or position is EMPLOYER *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity  ☒ official capacity

This Defendant was acting under color of law because: THEIR EMPLOYEES (THE STAFF & POLICE) VIOLATED THE RIGHTS OF THE PLAINTIFF

5. Defendant THE DIRECTORS OF THE *(full name of Defendant)* works at YORBA LINDA PUBLIC LIBRARY THIS POLICE AND ALL STAFF *(Defendant's place of work)*

Defendant's title or position is DIRECTOR OR DIRECTOR ASSI. AND POLICE CHIEF *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity  ☒ official capacity

This Defendant was acting under color of law because: THE DIRECTOR (ASSI.) DIRECTOR OF YORBA LINDA PUBLIC LIBRARY & POLICE CHIEF — YORBA LINDA.

Page Number 2

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. Defendant __THE STAFF AT CITY HALL__ works at
   *(full name of Defendant)*
   __YORBA LINDA CITY COUNCIL,__
   *(Defendant's place of work)*
   __THE STAFF / CLERK OFFICE__

   Defendant's title or position is __ONLY KNOW STAFF__
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☐ individual capacity          ☒ official capacity

   This Defendant was acting under color of law because __YES THEY VIOLATED THE RIGHT OF PLAINTIFF WHEN HE CAME FOR PUBLIC SERVICE TO SEEK APPOINTMENT TO SEE A PUBLIC OFFICER. INSTEAD THEY HARRASSED HIM AND CALL POLICE__

2. Defendant _____ works at
   *(full name of Defendant)*
   __CITY COUNCIL OF YORBA LINDA CITY HALL 4858 LOMA AVENUE YORBA LINDA CA 92886__
   *(Defendant's place of work)*

   Defendant's title or position is __RECEPTIONIST / FRONT DOOR DESK OFFICER.__
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☐ individual capacity          ☒ official capacity

   This Defendant was acting under color of law because _____

3
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

BETWEEN AUGUST 10-20, 2023. PLAINTIFF JOHN EVANS AREK WAS AT THE DEFENDANTS YORBA LINDA PUBLIC LIBRARY ON 4852 LAKEVIEW AVENUE YORBA LINDA, CA 92886.

AS A NEW PATRON, HE SAW SOME BOOKS ON SALE WHEN HE BOUGHT ONE BOOK COSTING FIVE US DOLLARS. THE DIRECTOR / ASST. DIRECTOR CAME TO HIM BY THE DOOR OF THE ENTRANCE AND TOLD HIM TO USE EARPHONE HE IMMEDIATELY APOLOGIZED AND STARTED USING EARPHONE. THEN HE SWITCHED INTO HIS NORMAL RESEARCH PROJECT. AFTER SOME HOURS HE SPOKE TO THE LIBRARY OFFICIAL HOW HE CAN GET SOME RESOURCES LIKE GIFT CARD, CLOTHINGS SINCE HE WAS HOMELESS.

Page Number 4

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. THE LIBRARY OFFICIAL TOLD HIM
2. TO WAIT AS HE GOING TO
3. CALL SOMEONE TO HELP HIM
4.
5. AFTER ABOUT SOME 20 MIN.
6. (VERY APPROXIMATELY)
7. THE POLICEMAN CAME THEN
8. THEY POINTED HIM TO ME, HE
9.
10. WAS VERY COURTEOUS WE
11. SPOKE AND HE ASKED HIM
12. SOME QUESTIONS.
13.
14. THEN HE TOLD HIM THAT
15. HIS PEOPLE (THE DIRECTORS) DO
16. NOT WANT YOU HERE, YOU
17. HAVE TO LEAVE
18.
19.
20. SINCE HE IS A POLICEMAN
21. I ASKED HIM WHY, HE
22. I AM BUSY WITH MY
23. PROJECT. THE POLICE
24. ESCORTED HIM TO HIS
25. CAR AND LEFT

## V. CLAIMS

### Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

On October 2022 When Plaintiff [went] to City Hall to make Appointment with the City Manager for that library incident the Receptionist told him to wait then called police on him. The deputy told him that he did not commit any crime.

The above civil right was violated by the following Defendants:

THE LIBRARY DIRECTORS AND CITY HALL STAFF.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

THE LIBRARY DIRECTORS CHASED ME AWAY FROM USING THE PUBLIC FACILITY WHICH IS PUBLIC LIBRARY THEY VIOLATED. TITLE VI 42 U.S.C Sec. 2000d CIVIL RIGHTS ACT. AND CALIFORNIA SECTION 52.1(a)(b). RIPA LAWS 2015

___. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

Humiliation interrupted his project Damage to reputation, punitive damages and fees and costs.

6

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

Civil Rights Act of 1991
Allows Compensatory and
Punitive Damages in total
$1 One million U.S Dollars
Including Racial Discrimination
and Harassment based on the ethnic origin

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Violating his rights to use public
facility and denial of public
service even to address racial slurs
then call police officer while
the plaintiff did not do any crime.

The Library Directors, The
City Hall Staff/ Receptionist/
Assistant Manager/ Clerk Violated
the right of plaintiff by denying
him public then call policemen
who did not see any crime. It is against
section 52 Stat (G) of California Civil Rights

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Emotional Distress, humiliation, pain and
suffering. Great shock, the project was
disrupted. So in total plaintiff
claim all Damages to One million
U.S. Dollars

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1) The Plaintiff request relief that the Library Director the Policemen should be barred and not allowed to interfere with his use of the public Library.

2) Because of all this Damages the Plaintiff Claiming One Million U.S Dollars for All the Damages and harm caused

3) The City Hall staff or Yorba Linda City Council must stop racial discrimination and Harassment went to the Plaintiff and allows him to feel public services without being pushed by Calling policemen. The Damages of 1 million us Both made its are claimed

Dated: 20th day of June, 2023

Sign: [signature]

Print Name: EVANS JOHN AREK

8
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 20th June, 2023

Sign: _____

Print Name: EVANS JOHN AREK

Civil Rights Complaint Pursuant to U.S.C. § 1983